UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-14042-CR-CANNON/MAYNARD

18 U.S.C. § 875(c)

UNITED STATES OF AMERICA

vs.

PAUL VERNON HOEFFER,

Defendant.
_____/

FILED BY _____ D.C.

NOV 18 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Interstate Transmission of Threat to Kidnap or Injure
### (18 U.S.C. § 875(c))

On or about March 28, 2019, in St. Lucie County and in Okeechobee County, in the Southern District of Florida, and elsewhere, the defendant,

**PAUL VERNON HOEFFER**

did knowingly transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or threat to injure the person of another, that is, telephone communications containing a threat to injure the person of N.P., sent to a phone number in Washington, D.C., in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### Interstate Transmission of Threat to Kidnap or Injure
### (18 U.S.C. § 875(c))

Between on or about March 27, 2019 through on or about March 28, 2019, in St. Lucie County and Okeechobee County, in the Southern District of Florida, and elsewhere, the defendant,

**PAUL VERNON HOEFFER**

did knowingly transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or threat to injure the person of another, that is, telephone communications containing a threat to injure the person of K.F., sent to a phone number in the State of Illinois, in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### Interstate Transmission of Threat to Kidnap or Injure
### (18 U.S.C. § 875(c))

On or about November 11, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**PAUL VERNON HOEFFER**

did knowingly transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or threat to injure the person of another, that is, telephone communications containing a threat to injure the person of A.O.C., sent to a phone number in the State of New York, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

LUISA HONORA BERTI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

PAUL VERNON HOEFFER

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)
☐ Miami   ☐ Key West   ☐ FTL
☐ WPB    ☑ FTP

New defendant(s)   ☐ Yes   ☑ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days       ☑
   II   6 to 10 days      ☐
   III  11 to 20 days     ☐
   IV   21 to 60 days     ☐
   V    61 days and over  ☐

   (Check only one)
   Petty        ☐
   Minor        ☐
   Misdemeanor  ☐
   Felony       ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **N/A**
   Defendant(s) in state custody as of **N/A**
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
LUISA HONORA BERTI
Assistant United States Attorney
FLA Bar No.    73462

\*Penalty Sheet(s) attached                                                REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

UNITED STATES OF AMERICA

v.

PAUL VERNON HOEFFER,

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
LUISA HONORA BERTI
Assistant United States Attorney
FLA Bar No. 73462
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0982
Fax: 772-466-0899
Email: Luisa.Berti@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

## PENALTY SHEET

**Defendant's Name: PAUL VERNON HOEFFER**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Interstate Transmission of Threat to Kidnap or Injure | 18 U.S.C. § 875(c) | 5 years; $250,000 fine; SR: up to 3 years; $100 Special Assessment |
| 2 | Interstate Transmission of Threat to Kidnap or Injure | 18 U.S.C. § 875(c) | 5 years; $250,000 fine; SR: up to 3 years; $100 Special Assessment |
| 3 | Interstate Transmission of Threat to Kidnap or Injure | 18 U.S.C. § 875(c) | 5 years; $250,000 fine; SR: up to 3 years; $100 Special Assessment |