**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CR-14042-AMC**

**IN RE SEALED INDICTMENT**

_____/

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests this Honorable Court unseal the *Indictment* in this case, as there is no further reason to keep it sealed.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Luisa Honora Berti*
LUISA HONORA BERTI
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 73462
101 South U.S. 1, Suite 3100
Ft. Pierce, Florida 34950
Telephone: (772) 466-0899
e-mail: luisa.berti@usdoj.gov