UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 2:21CR14042-AMC

UNITED STATES OF AMERICA,
    *Plaintiff,*

VS.

PAUL HOEFFER,
    *Defendant.*
_____/

## MOTION TO MODIFY/IN THE ALTERNATIVE TERMINATE GPS MONITORING

COMES NOW, Defendant, PAUL HOEFFER, by and through the undersigned counsel and hereby requests that this Honorable Court Modify/in the Alternative Terminate GPS Monitoring. In support of this motion the Defendant states:

1. On November 18, 2021, an Indictment was filed charging the Defendant with, Count 1: Interstate Transmission of Threat to Kidnap or Injure, Count 2: Interstate Transmission of Threat to Kidnap or Injure, and Count 3: Interstate Transmission of Threat to Kidnap or Injure.

2. On December 1, 2021, the Defendant appeared before the United States Southern District Court of Florida grantomg a $100,000 Personal Surety Bond which included standard and special conditions of his bond.

3. A standard condition of the Defendant's Bond being that the Defendant may not travel outside of the Southern District of Florida and a special condition of the Defendant's bond is active GPS monitoring.

4. The Defendant has been diagnosed with cancer and will be having medical procedures, such as surgery to remove lymph nodes and CT scans, which will require the ankle monitor to be removed prior to the surgical procedure as well as all CT scans.

5. Furthermore, the Defendant works for Hoeffer Transport, which transports cars to the West Coast of Florida, Central area of Florida, and to South Florida but is unable to do so according to the standard condition of not being able to travel outside of the Southern District of Florida.

6. The Defendant is 61 years old and has no prior felony convictions.

7. Most of the alleged activity contained in the Indictment occurred more than two years ago. With most of the conduct concerning the allegations occurring over two years ago, the Defendant is not a present threat to any of the alleged victims involved in this matter.

8. The Defendant respectfully requests this Honorable Court to terminate his GPS monitoring due to his work travel as well as medical diagnosis. This Motion is filed in good faith and not for the purposes of delay.

WHEREFORE, the Defendant, PAUL HOEFFER, requests this Honorable Court grant this Motion to Modify/in the Alternative Terminate GPS Monitoring.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: The Office of the United States Attorney, Luisa Berti, luisa.berti@usdoj.gov, this 7 day of December, 2021.

OHLE & OHLE
423 Delaware Avenue
Fort Pierce, Florida 34950
772-460-9801
772-464-8233-fax

__/s/ Michael R. Ohle_____
Michael R. Ohle, Esquire
Florida Bar No. 0513865
Ohlelaw@aol.com
michaelohlelaw@gmail.com