UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-cr-14042-AMC

UNITED STATES OF AMERICA,
    *Plaintiff,*

VS.

PAUL HOEFFER,
    *Defendant*.
_____/

## **(AMENDED) MOTION TO ALLOW TRAVEL FOR WORK RELATED PURPOSES**

COMES NOW the Defendant, PAUL HOEFFER, by and through his undersigned counsel, and files this Motion to Allow Travel. As grounds, the Defendant would allege as follows:

1. On December 1, 2021, the Defendant was placed on Pre-Trial Supervision with House Arrest and GPS Monitoring.

2. Pursuant to the standard conditions outlined in the Defendant's probation, the Defendant is prohibited from leaving the Southern District of Florida.

3. The Defendant now seeks permission to travel to Alabaster, Alabama to pick up a 1956 Red and White Corvette Convertible on February 18, 2022, under the scope of his employment.

4. The vehicle is located at Impatient Creations, 1960 Fulton Springs Rd, Alabaster, AL 35007. A letter confirming said vehicle delivery is attached to this Motion as Exhibit A.

5. The Defendant respectfully requests this Honorable Court to allow him to pick up that vehicle.

WHEREFORE the Defendant, PAUL HOEFFER, respectfully requests that this Honorable Court grant this Motion to Allow Travel.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 88.9(a), Counsel for the Defendant has made reasonable efforts to speak with Luisa Berti, who did not object to the Defendants Motion to Allow Travel For Work Related Purposes but defers to probation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished to: The Office of the United States Attorney, Luisa Berti, luisa.berti@usdoj.gov, this **15th** day of February 2022.

**OHLE & OHLE**
423 Delaware Avenue
Fort Pierce, Florida 34950
772-460-9801
772-464-8233-fax

__/s/ Michael R. Ohle_____
Michael R. Uhle, Esquire
Florida Bar No. 0513865
Ohlelaw@gmail.com
Michaelohlelaw@gmail.com

Exhibit ___A___

# MARK SCHILLECI

112 Front Street, Key West, FL 33040 | 334-868-5877 | mschilleci2@comcast.net

2/8/2022

**To Whom it May Concern:**

I am hereby authorizing Paul Hoeffer / Aaron Hoeffer of Hoeffer Transport to relocate my 1956 Red and White Corvette Convertible VIN # E56S004324 from Impatient Creations, 1960 Fulton Springs Rd, Alabaster, AL 35007 to my home address which is referenced above.

Please feel free to contact me if there are any questions or additional information is necessary.

Sincerely,

*Mark Schilleci*

**Mark Schilleci**