UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-cr-14042-CANNON/MAYNARD

UNITED STATES OF AMERICA,
    *Plaintiff,*

VS.

PAUL HOEFFER,
    *Defendant.*
_____/

## NOTICE OF FILING

COMES NOW the Defendant, PAUL HOEFFER, by and through the undersigned Counsel, and hereby gives Notice of Filing, character letters from Kimberly Smith, Mindy Czerw and Robert Czerw, for the Court's consideration.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished to: The Office of the United States Attorney, Luisa Berti, luisa.berti@usdoj.gov, this **1st** day of April, 2022.

                                      **OHLE & OHLE**
                                      423 Delaware Avenue
                                      Fort Pierce, Florida 34950
                                      772-460-9801
                                      772-464-8233-fax

                                      __/s/ Michael R. Ohle_____
                                      Michael R. Ohle, Esquire
                                      Florida Bar No. 0513865
                                      Ohlelaw@gmail.com
                                      Michaelohlelaw@gmail.com

**michaelohlelaw@gmail.com**

| | |
|---|---|
| From: | Kim Trexler <kimtrexler15@gmail.com> |
| Sent: | Wednesday, March 30, 2022 8:25 PM |
| To: | michaelohlelaw@gmail.com |
| Subject: | Paul Hoeffer |

Kimberly Smith
5004 Water Oak Court, Palm Beach Gardens, FL 33410
561-762-1611
email KIMTREXLER15@gmail.com

To The Honorable Judge Cannon,

I'm Paul Hoeffer Sr. fiancé we've been in a relationship over 10 years we have lived together raised two families together and watched each other's families grow up.
I'm writing this letter to offer a full picture of him as a person. Paul is a great father to all and has raised some really great kids. Paul is a huge part of my life and my family's. And a big part of my two son's lives also, he has been helpful and loving to both of them when they need help or advice, when their own father has not been.
My family loves Paul, and will support him anyway we can.

Thank you,
Kimberly Smith

1

**michaelohlelaw@gmail.com**

| | |
|---|---|
| From: | Mindy Czerw <mindy.czerw@cbrands.com> |
| Sent: | Thursday, March 31, 2022 11:12 AM |
| To: | Michaelohlelaw@gmail.com |
| Subject: | Paul Hoeffer, Character Letter |

March 31st, 2022

Re: Paul Hoeffer

Dear Honorable Judge Cannon,

As I have taken days to really think about what I would like to write in regards to Paul Hoeffer, I've really had to reflect on what is going on in this world today.
First, I would like to state that Paul Hoeffer doesn't have a mean bone in his body and is not a threat to society. What Paul did was make a mistake – that I truly believe to this day he didn't think that he would be sitting in the legal position that he currently is in. He's a loving fiancé to my sister Kim, he's a great father to his children and a soon to be grandfather of 2 babies that are due this summer (June/July.) Paul's bad decisions not only cost him financially, but has also cost him in his pride, his family and his health – it has been a really rough 4 months for Paul. The amount of stress that he has had to live with while fighting throat cancer has been very difficult to watch, and he's done it all by accepting the fact that he made the mistakes and he now has to deal with the consequences.

Paul is a fun, full of life person that likes to be the life of family fun get togethers. The person that makes sure that everyone is having a good time, but also looks out for the safety and well being of us all.
There is no fear from any of us – he's my sisters stability and life long partner.

Its unfortunate that Paul got caught up in the unpleasantness that is happening in this country – and I truly believe that he has learned a very valuable lesson and I would bet my life on it that he will NEVER do it again.

Thank you for reading my letter – I appreciate your service and look forward to putting this behind us all so that Paul can continue to contribute to society in a positive manner.

Kind regards,

**Mindy Czerw (She/Her/Hers) | Vice President, On Premise National Accounts Wine & Spirits |
Mindy.Czerw@cbrands.com | mobile: 561.281.9212**
Constellation Brands, Inc. | www.cbrands.com





Robert Czerw

1216 SE Colony Way

Jupiter Florida, 33478

March 30, 2022

RE: Paul Hoeffer

To: The Honorable Judge Cannon

I have known Paul Hoeffer as a good friend for over 10 years. I was both troubled and surprised to hear about his recent case as he has always been a solid person, and good standing citizen in the community. It is for this reason I am happy to write a letter of reference for Mr. Paul Hoeffer regarding this matter. While it is unfortunate that he has made some bad decisions, thus resulting in this case, I understand the seriousness of this matter, however, hope the court will show some leniency.

Paul Hoeffer has always been a generous member of the community, Paul has always been there when friends, family, or neighbors were looking for assistance, and help in troubling times. In addition of our friendship, he is an upstanding member in the community. While I was surprised to hear of the misconduct, it comes as no surprise that Paul has accepted responsibility for his actions, and I know that as we move forward, he has learned from his mistakes

Paul Hoeffer has expressed a deep sense of remorse in making this mistake, and I believe in his ability to learn from his actions. It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I believe Paul Hoeffer to be an honorable individual, a valuable member of the community, and a good human being.

Sincerely,

Robert Czerw