UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CR14042-CANNON/MAYNARD

UNITED STATES OF AMERICA,

    VS.

PAUL VERNON HOEFFER,

    Defendant.
_____/

**MOTION FOR RELEASE AND/OR CONVERT REMAINDER OF SENTENCE TO HOME CONFINEMENT**

COMES NOW, the Defendant, Paul Vernon Hoeffer, by and through the undersigned counsel, files this Motion for Release and/or Convert Remainder of Sentence to Home Confinement and as grounds would allege as follows:

1. On April 1, 2022, the Defendant was sentenced and pled guilty as to Count 1: Interstate Communication Threat to Kidnap, Count 2: Interstate Communication Threat to Kidnap, and Count 3: Interstate Communication Threat to Kidnap, eighteen (18) months to the United States Bureau of Prisons and three (3) years of supervised release.

2. On June 9, 2021, the Defendant was diagnosed with Stage 2, Squamous Cell Carcinoma in his head and neck from which has then spread to his tonsil, lymph nodes, saliva glands, and tastebuds from which he will need lifetime care.

3. The Defendant is a cancer survivor having recently undergone radiation and chemotherapy.

4. Since being in custody of United States Bureau of Prisons Mr. Hoeffer has not received the adequate care that is required from his diagnosis. (See Attached A).

5. The Defendant has received hernia surgery without the proper medical care following surgical procedures.

6. The Defendant agrees to wear a GPS monitoring device and abide by any conditions set forth by this Honorable Court for supervised release.

7. The Defendant has no prior felony convictions.

8. The Defendant respectfully requests to be released and/or convert the remainder of his sentence to home confinement due to his medical condition and lack of any medical care or treatment for his cancer.

WHEREFORE the Defendant respectfully requests that this Honorable Court enter an Order to Release and/or Convert Remainder of Sentence to Home Confinement.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 88.9(a), Counsel for the Defendant has made reasonable efforts to speak with Luisa Berti, who objects to the Defendant's Motion for Release and/or Convert Remainder of Sentence to Home Confinement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to: Assistant United States Attorney, Luisa Berti, Esquire, luisa.berti@usdoj.gov, this **18th** day of July, 2022.

OHLE & OHLE
423 Delaware Avenue
Fort Pierce, Florida 34950
772-460-9801
772-464-8233-fax

_/s/ Michael R. Ohle_____
Michael R. Ohle, Esquire
Florida Bar No. 0513865
Ohlelaw@gmail.com
Michaelohlelaw@gmail.com

## SERVICE LIST

UNITED STATES V. PAUL VERNON HOEFFER
Case No.: 21-CR14042-CANNON/MAYNARD
United States District Court
Southern District of Florida

Michael R. Ohle, Esquire
Ohle & Ohle
Ohlelaw@gmail.com
423 Delaware Avenue
Fort Pierce, FL 34950
(772) 460-9801
(772) 464-8233 fax
Attorney for Paul Vernon Hoeffer
Notice of Electronic Filing generated by CM/ECF

Luisa Berti, Esquire
Luisa.berti@usdoj.gov
Assistant United State Attorney
101 South Federal Highway 1, Suite 3100
Fort Pierce, FL 34950
(772) 466-0899
Attorney for the Government
Notice of Electronic Filing generated by CM/ECF

CASE NO. 21-14042-CR-CANNON

**Email from Neila Bent (nila.bent@gmail.com) to cannon@flsd.uscourts.gov on Saturday, July 16, 2022 at 3:15 p.m.**

Your Honor,

I just got word from Paul that on Thursday he had hernia surgery at a "butcher shop", as he put it. After 6 hours he was put in a patrol car and sent back to prison with no medication of any kind and no follow up care. He pretty much said his goodbyes as he fears he will die in prison of an infection.

Your Honor, please don't let this man die in prison. As you know he made 3 stupid phone calls to 3 inept, pathetic, arguably corrupt politicians. I don't think he needs to pay for that with his life. He is willing to be at home in confinement. Please expedite this so he doesn't die from something that is preventable.

May God bless you for the work that you do.

Sincerely,
Neila Bent

Exhibit  A

CASE NO. 21-14042-CR-CANNON

**Email from Kim Trexler (kimtrexler15@gmail.com) to cannon@flsd.uscourts.gov on Saturday, July 16, 2022 at 7:21 p.m.**

Honorable Judge Cannon,
I'm sending you this email from Paul Hoffer that he sent to me to forward to you.
I'm extremely concerned about Paul's health right now. I spoke to him this morning on the phone he is extremely upset and crying in a lot of pain and they were giving him no help. He has been complaining About his neck where the cancer was, he fears that it is back in his throat. He's asked numerous times for help to have it x-rayed. And as you can see nothing has been done. Today on the phone Paul said his final goodbyes to me, in the fear that he dies in there! Do you know how hard that was on me! We were told in court the day he got sentence from the prosecutor, that he would get the best healthcare in the prison system, well it's been 3 1/2 months Paul is been in there and he's got absolutely no healthcare at all!
Thank you,
Kim Trexler


To the Honorable Judge Cannon,
since entering FDC Miami I have sent multiple paper cop-outs and electronic cop-outs to Medical with no response for my life-long cancer care since i entered here for the first 11 days i could'nt go to the bathroom i sent multiple request for help begging for help with no response ever till i blew my intestines out threw my stomach then the the leu rushed me to jackson mem hosp miami for three days the doctor said it was onr of the worst cases he had seen the coming back i didnt go to the bathroom for another five days requesting a laxative and a correct diet nothing finally cpmmisary came and i purchased some laxatives they did nothing with this hernia i got in here due to lack of care begging to the floor nurces every day and still nothing they sent me thursday to Larkin Mem hosp miami for surgery and thats a buthcher shop to start a IV it took 3 try's and then the put me in a room not even a OR surgical unit to perform this with inadaquit staff then after 6 hours stuffed me in a patrol car to bring me back with no pain meds at all and today saturday the dressing is coming apart and dont have anything to cover the wound.
i have begged for help with this and nothing is being done my condition here is very bad i haven't had bed sheets changed for almost a month now toiets leaking under staffed air cond is barley working grounds for mositure and infections im not well and i have'nt recieved any life-long cancer care since arriving here ive been sick several times since arriving here and nothing is being done for me I DON"T DESERVE TO DIE IN HERE Your Honor i need adaquit care on the outside could you please release me to home confiment ASAP for the rest of my sentence so i can recieve the care i need and deserve some words are probably misspelled sorry for that this place is not even suitable for a healthy person
Thank You in Advanced Your Honor
Paul Hoeffer
76579509